UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  v.<br><br>SECUNDINO ELENES-HIGUERA (2),<br>ALONSO ELENES-HIGUERA (3),<br>MANUEL ELENES-HIGUERA (4),<br>CRISTOBAL SARMIENTO<br>      PALAZUELOS (8),<br><br>          Defendants. | Case No. 96CR0413-JLS<br><br>ORDER AND JUDGMENT OF DISMISSAL OF INDICTMENT AND RECALL OF ARREST WARRANTS |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrants be recalled.

IT IS SO ORDERED.

DATED: July 13, 2012

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge